Opinion by JOHNSON, J. At the trial it was stipulated that the merchandise consists of earthenware articles similar in all material respects to those the subject of Abstract 51676. In accordance with stipulation of counsel it was held that the merchandise consists of earthenware articles composed of a nonvitrified absorbent body, not artificially colored and composed wholly of clay, which articles are painted, colored, tinted, stained, enameled, gilded, printed, ornamented, or decorated. The claim of the plaintiffs was therefore sustained.

**No. 53672.**—Gordon Products Co. *v.* United States, protest 130175–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as "manifested, not found," is subject to an allowance in duties. The protest was sustained to this extent.

**No. 53673.**—The Otto Gerdau Co. *v.* United States, protest 117883–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspector as "manifested, not found," is subject to an allowance in duties. The protest was sustained to this extent.

**No. 53674.**—Biddle Purchasing Co. *v.* United States, protests 123107–K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspectors as manifested, not found, were not in fact received by the importer. In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it involves the quantities reported by the inspectors as "manifested, not found," is subject to an allowance in duties. The protests were sustained to this extent.

**No. 53675.**—S. Jackson & Son, Inc. *v.* United States, protest 140808–K/12989 (New Orleans).